FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID R. ARNOLD,<br><br>             Plaintiff,<br><br>vs.<br><br>WINCO HOLDINGS INC, WINCO FOODS-RICHLAND, LOSS PREVENTION, JOHN DOE 1 and JOHN DOE 2,<br><br>             Defendants. | No. 4:26-cv-05024-MKD<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS AND DENYING PENDING MOTION AS MOOT<br><br>**ECF No. 9** |

By Order issued March 31, 2026, the Court directed Plaintiff, an individual then incarcerated at the Benton County Jail to submit a certified statement(s) of his inmate account(s) (or institutional equivalent) covering the six-month period immediately preceding the submission of this action on February 26, 2026.  ECF No. 6.  Specifically, Plaintiff was instructed to obtain and submit certified copies of account statements from each facility where he was confined for the period starting on August 26, 2025, and ending on February 26, 2026, and if he was not

ORDER - 1

incarcerated for any period during those dates, to clarify his incarceration status and explain why he should not be required to submit certified copies of his inmate account statements.  *Id.* at 2-4.

By letter dated March 23, 2026, and received on March 31, 2026, Plaintiff notified the Court that his address was changing to 12715 E. Mission Avenue, Spokane Valley, WA 99216.  ECF No. 7.  On April 2, 2026, the Court received an account statement purportedly covering the period from September 1, 2025, to March 27, 2026, ECF No. 8, along with a "Motion to Proceed § 1915," ECF No. 9. The Court notes these documents were mailed from the Benton County Corrections Department.  ECF No. 8 at 6.

Plaintiff's account statement provides only information between January 19, 2026, and March 24, 2026.  ECF No. 17.  Plaintiff provided no explanation or accounting for the specified six-month period beginning on August 26, 2025.  He has not cured the deficiencies brought to his attention by letter and by Order, *see* ECF Nos. 3 and 6.

The Court cautioned Plaintiff that if he failed to provide the required documentation or to clarify his incarceration status and explain why he should not be required to submit certified copies of his inmate account statements for the six-month period preceding February 26, 2026, such failure would be construed as his consent to the dismissal of this action.  *See* ECF No. 6 at 3-4.  Plaintiff did not

ORDER - 2

provide the needed documentation or explanation.  The Court notes that on April 14, 2026, Plaintiff notified the Court of another change of address to a residence in Kennewick, Washington.  ECF No. 10.

Accordingly, **IT IS HEREBY ORDERED:**

1.    This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2.    Plaintiff's "Motion to Proceed § 1915," **ECF No. 9**, is **DENIED as moot.**

3.    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order, **enter judgment**, provide copies to Plaintiff at his last known address, and **CLOSE THE FILE**.

DATED April 23, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3